# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

SABAL TRAIL TRANSMISSION, LLC,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No: 5:16-cv-231-Oc-30PRL

10.78 ACRES OF LAND IN CITRUS
COUNTY FLORIDA, APOLLO BEACH
INVESTMENTS, LIMITED
PARTNERSHIP, FRANK ATKINS, JEW
ATKINS and UNKNOWN OWNERS,

    Defendants.

## ORDER OF DISMISSAL

    Before the Court is the Plaintiff's Notice of Dismissal Without Prejudice (Dkt. #9).

Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida, this 5th day of April, 2016.

    JAMES S. MOODY, JR.
    UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record